FILED
2013 OCT 15 P 12: 00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   Linda Lye (CA SBN 215584)
    llye@aclunc.org
2   AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA
3   39 Drumm Street, 2nd Floor
    San Francisco, California 94111
4   Telephone:    415-621-2493
    Facsimile:    415-255-8437
5
6   ATTORNEYS FOR *AMICUS* AMERICAN CIVIL
    LIBERTIES UNION OF NORTHERN CALIFORNIA
7
    Ezekiel Edwards (eedwards@aclu.org)
8   Nathan Freed Wessler (nwessler@aclu.org)
    AMERICAN CIVIL LIBERTIES UNION
9   FOUNDATION
    125 Broad Street, 18th Floor
10  New York, NY 10004
    Telephone:    212-549-2500
11  Facsimile:    212-549-2654
12  ATTORNEYS FOR *AMICUS*
    AMERICAN CIVIL LIBERTIES UNION
13
14  Hanni M. Fakhoury (CA SBN 252629)
    hanni@eff.org
15  ELECTRONIC FRONTIER FOUNDATION
    815 Eddy Street
16  San Francisco, CA 94109
    Telephone:    415-436-9333
17  Facsimile:    415-436-9993
18  ATTORNEYS FOR *AMICUS*
    ELECTRONIC FRONTIER FOUNDATION
19
                 UNITED STATES DISTRICT COURT
20         FOR THE NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
21

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No.: 12-cr-00030-EMC/EDL |
| Plaintiff, | **UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF** *AMICI CURIAE* |
| v. | Hearing Date:  November 5, 2013 |
| DIAZ-RIVERA, et al., | Time:           9:00 a.m. |
| | Location:       Courtroom E, 15th Floor |
| Defendants. | |

22
23
24
25
26
27
28

1
2

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF** *AMICI CURIAE*
**IN SUPPORT OF DEFENDANT FORTUNATO RODELO LARA'S**
**MOTION TO COMPEL DISCOVERY**

3

Proposed *Amici Curiae* American Civil Liberties Union and American Civil Liberties

4

Union of Northern California (collectively "ACLU"), and the Electronic Frontier Foundation

5

("EFF") request leave to file a brief in support of Defendants' Motion to Compel Discovery

6

(ECF No. 226). The ACLU and EFF respectfully submit that *amici* briefing is appropriate in

7

this case, which likely involves one or more highly controversial electronic surveillance

8

programs involving the warrantless bulk collection of Americans' call records. The information

9

sought through this motion would, among other things, shed light on the extent to which these

10

programs were used in this investigation. *Amici*'s proposed brief would provide the Court with

11

information about three intrusive electronic surveillance programs, explain why they are

12

unconstitutional and were likely used in this case, and underscore the importance of the

13

information sought. The arguments set forth in the proposed brief *amici curiae* would add to

14

and not merely repeat the briefing already submitted, and would thus aid the Court in its

15

resolution of this important matter.[1] This brief is also being submitted before the October 18,

16

2013 due date for the government's opposition brief. *See* ECF No. 243.

17

**INTEREST OF** *AMICI*

18

The American Civil Liberties Union is a nationwide, nonprofit, nonpartisan organization

19

with more than 500,000 members dedicated to the principles of liberty and equality embodied in

20

the Constitution and this nation's civil rights laws. Since its founding in 1920, the ACLU has

21

frequently appeared in courts across the country, both as direct counsel and as *amicus curiae*,

22

including in numerous cases involving the Fourth Amendment. In particular, the ACLU and its

23

members have long been concerned about the impact of new technologies on the constitutional

24

right to privacy. The ACLU of Northern California is the geographic affiliate of the national

25

26

---

27

[1] No party's counsel, or party, authored this brief in whole or in part. No party or counsel for a party made a monetary contribution intended to fund the preparation or submission of this brief. No party or entity other than *amici* or their counsel made a monetary contribution to this brief's preparation or submission. *See* Lye Decl. at ¶4.

28

ACLU in Northern California and engages in litigation and advocacy over government surveillance and transparency, among other issues.

EFF is a non-profit, member-supported organization based in San Francisco, California, that works to protect free speech and privacy rights in an age of increasingly sophisticated technology. As part of that mission, EFF has served as counsel or *amicus curiae* in many cases addressing civil liberties issues raised by emerging technologies, including location-based tracking techniques such as GPS and collection of cell site tracking data.

**THE PARTIES DO NOT OPPOSE THE FILING OF THIS *AMICI CURIAE* BRIEF**

Prior to the filing of this motion, *amici* attempted to ascertain the position of the parties on the filing of this proposed brief *amici curiae*. Mr. Lara has consented to the filing of this brief. *See* Lye Decl. ¶2. The government does not oppose the filing of the brief. *See id.* at ¶3.

For the foregoing reasons, the ACLU and EFF respectfully request leave to file the accompanying proposed brief *amici curiae*.

Dated: October 15, 2013                     Respectfully Submitted,

                                            By:      /s/ *Linda Lye*
                                                        Linda Lye

                                            Linda Lye
                                            AMERICAN CIVIL LIBERTIES UNION
                                            FOUNDATION OF NORTHERN CALIFORNIA
                                            39 Drumm Street, 2nd Floor
                                            San Francisco, California 94111
                                            Telephone:    415-621-2493
                                            Facsimile:    415-255-8437

                                            Attorneys for *Amicus* American Civil Liberties
                                            Union of Northern California

                                            Ezekiel Edwards (eedwards@aclu.org)
                                            Nathan Freed Wessler (nwessler@aclu.org)
                                            AMERICAN CIVIL LIBERTIES UNION
                                            FOUNDATION
                                            125 Broad Street, 18th Floor
                                            New York, NY 10004
                                            Telephone:    212-549-2500
                                            Facsimile:    212-549-2654

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attorneys for *Amicus* American Civil Liberties Union

Hanni M. Fakhoury
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone:   415-436-9333
Facsimile:   415-436-9993

Attorneys for *Amicus* Electronic Frontier Foundation

---

*United States v. Diaz-Rivera, et al.*, Case No. 12-cr-00030-EMC/EDL
UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE*                    Page 4