IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C -12-00030 EMC (EDL) |
| Plaintiff, | **ORDER WITHDRAWING ORDER RE JOINDER IN MOTION TO COMPEL** |
| v. | |
| DIAZ-RIVERA, et al. | |
| Defendants. | |

On November 15, 2013, the Court issued an Order re Joinder in Motion to Compel setting forth joinder procedures for motions referred to this Court. (Dkt. 270.) At the time this Order was issued, the Court was unaware of the District Court's minute order giving Defendants' until November 20, 2013, to address the joinder issue. (Dkt. 272, Minute Order filed on 11/19/2013.) The Court therefore withdraws its Order re Joinder in Motion to Compel pending the District Court's consideration of Defendants' response.

**IT IS SO ORDERED.**

Dated: November 20, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge